THE PRESIDENT AND TRUSTEES OF THE PENNSYLVANIA AND NEW JERSEY STEAM BOAT COMPANY *v.* NATHANIEL ANDREWS AND ISRAEL REEVES.

A corporation created by a law of this state, and for purposes to be carried on within its jurisdiction, although it has no property within the state, is not a non-resident within the meaning of the statute respecting security for costs.

*White*, for the defendants, moved for security for costs, stating that the corporation has no property within the state, and that no one of the officers resides here.

BY THE COURT:—The residence, not the property, of the plaintiff is the question—we cannot say that a corporation created by a law of this state and for purposes to be carried on and executed within its jurisdiction, is a non-resident within the meaning of the statute respecting security for costs.

Motion overruled.